# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3532

_____

Kevin Adams,                            *
                                        *
                Appellant,              *
                                        *
        v.                              *
                                        *
Dora B. Schriro; Lisa Jones;            *   Appeal from the United States
Matt Sturm; Charles Baker;              *   District Court for the Western
Dave Schulte; Deborah Stegeman;         *   District of Missouri.
Dale Riley; Steve Long;                 *
Michael Groose; David Dormire;          *   [UNPUBLISHED]
Thom Fischer; Donald Cline;             *
Arthur Woods; Marvin Cundiff;           *
E. Wankum; Robert Williams;             *
Oscar Dunbar; Mark Loethen;             *
William Patterson; Denis Agniel;        *
Michael Nash; Fannie B. Gaw;            *
Jim Yonker; Dan Conway;                 *
Robin Avery; Bob Holden;                *
Roger Wilson; Chris Bauman;             *
John Doe,                               *
                                        *
                Appellees.              *

_____

Submitted: April 24, 2003
Filed:  April 29, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Kevin Adams appeals the district court's[1] pre-service dismissal of his complaint. Having carefully reviewed the record and Adams's submissions on appeal, we conclude dismissal of his federal claims was proper for the reasons explained by the district court. Accordingly, we affirm the district court's order, but we modify the dismissal of any state law claims to be without prejudice. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.